# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-02969-JHN-SSx | Date | June 9, 2010 |
|---|---|---|---|
| Title | Sudarshan Sain v. Wyeth LLC et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** OSC RE DISMISSAL  (In Chambers)

On April 21, 2010, Plaintiff filed this action in federal court on the basis of diversity jurisdiction. Under 28 U.S.C. § 1332, the Court has removal jurisdiction over civil actions where there is complete diversity of citizenship. *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978).

The Complaint states that Plaintiff is a resident of California. The Complaint asserts the states of which Defendants Wyeth LLC, Pfizer, Inc., Pharmacia & Upjohn Company, Pharmacia Corporation, Barr Pharmaceuticals, Inc., Barr Laboratories, Inc., and Novartis Pharmaceuticals Corporation are citizens. However, the Complaint does not assert any citizenship for Defendant Solvay Pharmaceuticals, Inc. Accordingly, the Complaint does not allege complete diversity between Plaintiff and *all* Defendants.

**Plaintiff is ORDERED TO SHOW CAUSE, <u>in writing</u>, as to why this case should not be dismissed for lack of jurisdiction <u>no later than June 18, 2010 at noon.</u>** The matter will stand submitted once the Court receives Plaintiff's response, and a hearing will be set only if deemed necessary by the Court.

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| | Initials of Preparer | AM |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-02969-JHN-SSx | Date | June 9, 2010 |
|---|---|---|---|
| Title | Sudarshan Sain v. Wyeth LLC et al. | | |